FILED

99 JAN -6 AM 10:58

U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LIDA KATE MEANS, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CV 98-C-2716-S |
| ROBERT M. CALLAHAN, DEPUTY HATTIE FRENCH, DEPUTY ROBERT SYKES, and LT. DEPUTY SHERIFF ROBERT JAMES, | ) | |
| Defendants. | ) | |

ENTERED

JAN 0 6 1999

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on December 9, 1998, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed as frivolous under 28 U.S.C. § 1915A(b). On January 4, 1999, plaintiff filed objections to the magistrate judge's report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and plaintiff's objections, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 5// day of January, 1999.

U. W. CLEMON
UNITED STATES DISTRICT JUDGE

